# UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO
FEDERICO DEGETAU FEDERAL BLDG. - RM. 150
CARLOS CHARDON AVE.
HATO REY, PUERTO RICO 00918-1767

FRANCES RIOS DE MORAN  
CLERK

TEL. (787) 772-3012  
FAX (787) 766-5693

December 9, 2004

Mr. Kevin F. Rowe  
Clerk of Court  
U. S. District Court  
214 Richard C. Lee U. S. Courthouse  
141 Church Street  
New Haven, CT 06510

Re: Criminal No. 97-82(SEC)  
United States of America  
v. Reinaldo Garcia-Medina

Dear Mr. Anastas:

In accordance with Transfer of Jurisdiction Order filed in the above-entitled case on December 6th, 2004, we enclose the following documents:

1. Certified copy of Indictment filed Decmber 17th, 1997, (docket #444).

2. Certified copy of Judgment filed March 19, 1999, (docket #1982).

3. Certified copy of Transfer of Jurisdiction Order filed December 6th, 2004, (docket #3248).

4. Certified copy of docket sheet.

Kindly acknowledge receipt on the enclosed copy of this letter.

Very truly yours,

FRANCES RIOS DE MORAN  
Clerk of Court

Lida Isis Egele  
Operations Manager

Enc.  
cc: E. Feliciano, Supervising USPO